IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:00-CR-119-03** |
| v. | : | |
| | : | **(Judge Kane)** |
| **JOHN WATSON,** | : | |
|     **Petitioner** | : | |
| | : | |

## ORDER

**AND NOW** this 23rd day of November, 2004, **IT IS HEREBY ORDERED THAT** this case is scheduled for a hearing on Petitioner's second amended petition for a writ of habeas corpus (Doc. No. 266) on December 15, 2004 at 1:30 p.m. in Courtroom No. 4, 8th Floor, Federal Building, Harrisburg, Pennsylvania.

                                                              S/ Yvette Kane
                                                             Yvette Kane
                                                             United States District Judge