IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

    v.                         : CRIMINAL NO. 1:00-CR-119-03
                                 (Judge Kane)
JOHN WATSON,                   :
    Defendant

FILED
HARRISBURG, PA
NOV 29 2004
MARY E. D'ANDREA, CLERK
Per _____ KJTV
Deputy Clerk

TRANSCRIPT OF PROCEEDINGS
NON-JURY TRIAL
VOLUME 3 - PAGES 426 - 479

Before:  HON. YVETTE KANE, JUDGE

Date  :  November 27, 2000, 1:37 p.m.

Place :  Courtroom No. 4
         Federal Building
         Harrisburg, Pennsylvania

By    :  Bethann M. Mulay, Notary Public
         Registered Professional Reporter

APPEARANCES:

    WILLIAM A. BEHE, ESQ., ASSISTANT U.S. ATTORNEY

        For - Government

    TIMOTHY J. O'CONNELL, ESQ.

        For - Defendant