IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 1:00-CR-119-03** |
| v. : | |
| : | **(Judge Kane)** |
| **JOHN WATSON,** : | |
| Petitioner : | |
| : | |

## ORDER

**AND NOW** this 8th day of December, 2004, **IT IS HEREBY ORDERED THAT**

Petitioner's Unopposed Motion for Continuance of Hearing is **GRANTED**. The hearing on

Petitioner's second amended petition for a writ of habeas corpus (Doc. No. 266) is

**RESCHEDULED** to January 27, 2005 at 1:30 p.m. in Courtroom No. 4, 8th Floor, Federal Building,

Harrisburg, Pennsylvania.


       S/ Yvette Kane
       Yvette Kane
       United States District Judge