# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:00-CR-119-03** |
| v. | : | |
| | : | **(Judge Kane)** |
| **JOHN WATSON,** | : | |
|     **Petitioner** | : | |
| | : | |

## ORDER

    **AND NOW** this 28th day of January, 2005, **IT IS HEREBY ORDERED THAT** the hearing on Petitioner's second amended petition for a writ of habeas corpus (Doc. No. 266) is **CONTINUED** to February 11, 2005 at 9:30 a.m. in Courtroom No. 4, 8th Floor, Federal Building, Harrisburg, Pennsylvania.

                                                                                      S/ Yvette Kane
                                                                                      Yvette Kane
                                                                                      United States District Judge