In the United States District Court
For Middle District of Pennsylvania

FILED
HARRISBURG, PA
APR 0 6 2005
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

John William Watson
Vs.
United States of America

Docket # 1:00-CR-119-03
J. Kane
Date: 3-24-05

Defendants Motion to Request
Extension of Time to File Brief (C.O.A.)

And now comes the Defendant John William Watson Pro Se, and moves before this Honorable Court requesting Extension of time to file C.O.A (Certificate of Appealability) from the opinion and order of this Courts denial of Petitioner's writ of Habeas Corpus (28 U.S.C. 2255) rendered on February 28, 2005. Petitioner makes this motion on the grounds that:

1. Defendant was removed from F.C.I. Allenwood without Notice to Current ("New") Facility on Tuesday the 17th Day of March 2005, the "New" Facility here at U.S.P. / Canaan "Do Not" as of yet have a Legal "Law Library" in place. [redacted] Petitioner's Constitutional Rights to Due-Process and Access to the Court has therefore been "Stopped Completely". Petitioner submits that there has not been a tentative or specific date set because of the degree "work yet to be done". (Please see Letter of varification attached, marked Exhibit #1) [The Exhibit is letter varifying the aforementioned facts from USP/Canaan Administration]

2. Petitioner submits that he has every intention and over-whelming grounds to seek "Certificate of Appealability" by motion, [redacted] filing said motion is of course contingent upon the availibility and/or activation of USP/Canaan's "Law Library" being put in place for Inmate Access. Defendant submits that he will then need atleast the standard 60 days provided by the Court to submit "Certificate of Appealibity Brief".

NEXT

# CONCLUSION

WHEREFORE, THE PETITIONER'S PRAISE THIS HONORABLE COURT TO GRANT APPROPRIATE TIME EXTENSION FOR ADDITIONAL TIME TO SUBMIT (C.O.A) CERTIFICATE OF APPEALIBILTY..

Dated: 3-24-05

Respectfully,

x [signature]

JOHN William WATSON
#10075-067
USP / CANAAN
P.O. Box 300
WAY MART, PA
#18472

# PROOF OF SERVICE

I, JoHN William WATSON, certify that on 4-1-05, 2005 I mailed a copy of this document and all attachments via First Class mail to the following parties **at the addresses listed below:**

William A. Behe (AUSA)
U.S. Attorney's Offices.-
Federal Bldg. Room # 217
228 Walnut Street.-
Harrisburg, PA.-. # 17108

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the April 1, 2005 I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this 1st. day of April, 2005.

John W. Watson

Name: JoHN W. WATSON

Number: 10075-067

1 Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. **Houston v Lack**, 487 U.S. 266 (1988).



JOHN WILLIAM WATSON #10075-067
United States Pen. / CANAAN
P.O. BOX 300
WAYMART, PA....#18472

To: The Office of the Clerk
United States District Court
(Honorable Judge Yvette Kane)
228 Walnut Street...
P.O. Box 893
Harrisburg, PA... #17108

RETURN RECEIPT REQUESTED

Legal Mail

Legal M