

**U.S. Department of Justice**

Federal Bureau of Prisons

*United States Penitentiary Canaan*

*Post Office Box 400*
*Waymart, Pennsylvania 18472*

Date:    March 31, 2005

From:    Cameron Lindsay, Warden

To:    Watson, John William, #10075-067

Ref:    Law Library

The United States Penitentiary, Canaan, is in the activation phase, and currently the Law Library is not in operation.

We expect it to be in operation in the near future, hopefully, by the end of April, 2005.

Exhibit # 1

# AHMAD LAW OFFICES, P.C.

*A Professional Corporation*

Anser Ahmad, Esquire

105 N. Front Street, Suite 106
Harrisburg, PA 17101
(717) 920-9100
Fax: (717) 920-9101

www.ahmadlawoffices.com
ahmadlawoffices@comcast.net

*Satellite offices:*
Philadelphia, PA
Baltimore, MD

March 9, 2005

John William Watson- #10075-067
P.O. Box 2000
White Deer, PA 17887

**RE:    Denial of Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2255**

Dear Mr. Watson:

Enclosed please find the Memorandum and Order of the U.S. District Court for the Middle District of Pennsylvania. Unfortunately, the Court has denied your Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2255.

If you wish to appeal this decision, you must first obtain a Certificate of Appealability (COA) from the District Court pursuant to 28 U.S.C. §2253. A Notice of Appeal must then be filed within sixty (60) days of the February 28, 2005 Memorandum and Order denying your Petition for Writ of Habeas Corpus. (Therefore, the Notice of Appeal must be filed on or prior to April 29, 2005, should you desire to appeal this decision.) Please note that you are not permitted to appeal the decision unless you have obtained the COA, which will be issued by the District Court only if there exists a substantial showing of the denial of a constitutional right.

As I was retained to handle the filing and representation of you in the Petition for Writ of Habeas Corpus only, and a final decision has been rendered on that petition, my representation of you is now complete. **Should you wish to have any additional legal work performed by my office, we will need to enter into a new legal representation agreement (fee agreement). Please understand that I will not be representing you in any forum or on any matters from this point forward without a new legal representation agreement.**

It has been my pleasure to represent you and I wish you all the best in your future endeavors. If you have any questions or concerns, please do not hesitate to contact my office.

Sincerely,

Anser Ahmad, Esq.

AA/pw
Enclosure

Exhibit #2