IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 1:00-CR-119-03** |
| v. : | |
| : | **(Judge Kane)** |
| **JOHN WATSON,** : | |
| Petitioner : | |
| : | |

## MEMORANDUM AND ORDER

**AND NOW**, this 6th day of April, 2005, upon consideration of Petitioner's Motion to Request Extension of Time to File a Certificate of Appealability, **IT IS HEREBY ORDERED THAT** said Motion is **GRANTED**. Petitioner shall have until April 26, 2005, to file his Certificate of Appealability.

          S/ Yvette Kane
          Yvette Kane
          United States District Judge