UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 1:00-CR-119-03 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JOHN WATSON | : | (Electronically filed) |

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES Anser Ahmad, Esq. and moves this Honorable Court to withdraw his name as counsel for John Watson in support thereof avers as follows:

1. Undersigned counsel was retained by John Watson for the purposes of submitting and representing him in a habeas corpus petition, through entry of a final order by this Honorable Court on that petition.

2. On February 28, 2005, this Honorable Court issued its Memorandum and Order denying John Watson's habeas corpus petition.

3. On March 9, 2005, undersigned counsel mailed a letter to John Watson, informing him of the Court's February 28, 2005 Memorandum and Order, advising Mr. Watson of his appeal rights, and informing Mr. Watson that undersigned counsel's representation of him was complete.

4. In his March 9, 2005 letter, undersigned counsel further indicated to Mr. Watson that: "**Should you wish to have any additional legal work performed by my office, we will need to enter into a new legal representation agreement (fee agreement).**"

5. Mr. Watson has not indicated to undersigned counsel that he has any interest in entering into a new legal representation agreement for additional services.

2

6.     Therefore, undersigned counsel wishes to have his name withdrawn as counsel for Mr. Watson.

WHEREFORE, it is respectfully requested that this Honorable Court enter an Order withdrawing Anser Ahmad's name as counsel of record for John Watson.

Respectfully submitted,

/s/ Anser Ahmad_____
Anser Ahmad, Esq.
PA I.D. No. 75008
AHMAD LAW OFFICES, P.C.
105 North Front St., Suite 106
Harrisburg, PA 17101-1436
(717) 920-9100
ahmadlawoffices@comcast.net

Dated: April 11, 2004

2

**CERTIFICATE OF SERVICE**

      I, Anser Ahmad, Esq., hereby certify that I have, on this date, served a copy of the foregoing *Motion to Withdraw as Counsel* and any attached pages on the person(s) named below, service by First Class Mail, postage prepaid and addressed as follows:

William A. Behe
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108

John William Watson
#10075-067 Unit A-1
USP/CANAAN
P.O. Box 300
Waymart, PA 18472

                                              /s/ Anser Ahmad_____
                                              Anser Ahmad, Esq.
                                              PA I.D. No. 75008
                                              AHMAD LAW OFFICES, P.C.
                                              105 North Front St., Suite 106
                                              Harrisburg, PA 17101-1436
                                              (717) 920-9100
                                              ahmadlawoffices@comcast.net

Dated: April 11, 2005