UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 1:00-CR-119-03 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **JOHN WATSON** | : | **(Electronically filed)** |

**ORDER**

    AND NOW, this 22nd day of April, 2005, upon consideration of Anser Ahmad's Motion to Withdraw as Counsel, it is hereby ORDERED and DECREED that said motion is hereby GRANTED. The Clerk of Court is directed to remove Anser Ahmad's name as counsel for John Watson.

    By the Court:


s/        YvetteKane
Yvette Kane, United States District Judge