UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN WILLIAM WATSON

V.                                         Case No. 1:00-CR-119-0

UNITED STATES OF AMERICA                   (Hon. Judge Kane)

Dated: 4-22-05

## NOTICE OF APPEAL

**Notice** is hereby given that John William Watson, Defendant in the above named case, appeals from the order or judgment entered on February 28, 2005 denying petitioner motiom to vacate, set aside or correct sentence pursuant to 28 U.S.C. 2255.

**Petitioner** submit this motion to formally make known to this Court his sincere intent to move before this court seeking Certificate of Appealability (C.O.A.). As previously stated in pending petition the Defendant having excercised his right to proceed **pro-se** is impeded due to the fact that U.S.P./CANAAN has not yet activated it's Law libriary for inmate access to the Court See. **Dent v. West Virginia,** 129 U.S. 114, 32 L. Ed. 623, S. Ct. 231 (1889) "Due process of law is intended to secure citizens against any arbitrary deprivation by the Government of rights relating to life, liberty, or property."

## IN CONCLUSION

Wherefore, the petitioner praise this Honorable Court to accept this formal notice of Appeal.

Respectfully
x_____
JOHN W. WATSON
#10075-067

FILED
HARRISBURG, PA
APR 28 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## PROOF OF SERVICE

I, John William Watson, certify that on 4-24-04, 2005 I mailed a copy of this document and all attachments via first class mail to the folowing parties at the addresses listed below:

>WILLIAM A. BEHE (AUSA)
>U.S. ATTY's OFFICE
>FEDERAL BUILDING, ROOM #217
>228 WALNUT STREET.....
>HARRISBURG, PA. #17108

### PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials on this date for forwarding to the U.S.P./Canaan(4-24-05). I further certify under penalty of perjury that the forgoing is true and correct. Title: 28 U.S.C. 1746.

Respectfully submit this 24th day of April, 2005.

>x _____
>JOHN WILLIAM WATSON
>#10075-067
>U.S.P./CANAAN
>P.O. BOX 300
>Waymart, Pa. #18472

Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to the clerk. Houston v. Lack, 487 U.S. 266 (1988).

