IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAY 0 6 2005
MARY E. D'ANDREA, CLERK
Per_____

JOHN WILLIAM WATSON

V.   Case No.# 1:00-CR-119-03

UNITED STATES OF AMERICA   (Hon. Judge Kane)

Dated: 4-30-05

MOTION TO REQUEST EXTENSION
TO FILE C.O.A. PETITION

And now comes the defendant **John William Watson pro-se,** and moves before this Honorable court requesting an extension of **60 days** in order that the petitioner can properly file his motion seeking a **Certificate of Appealability.**

### ARGUMENT IN SUPPORT OF REQUEST

Petitioner has previously petitioned this court requesting an extension for additional time to file motion seeking Certificate of Appealability due to fact that U.S.P./CANAAN has not yet activated a "law Libriary" for inmate access to the Court; this court in consideration of petitioners request granted an extension until **May 16, 2005.** As of this present date the law libriary here at U.S.P./CANAAN is not yet activated but is ecspected to be in operation within a week. The defendant would respectfully request that he be granted an extension of **60 days** from the tentative date of **May 16, 2005 until July 16, 2005.**

IN CONCLUSION

Wherefore the petitioner praise this Honorable court to grant motion for for time extension.

Respectfully,
X_____
JOHN WILLIAM WATSON

CERTIFICATE OF SERVICE

I, JOHN WILLIAM WATSON, HEREBY CERTIFY THAT I have served a true and correct copy of the foregoing to:

    WILLIAM A. BEHE AUSA
    FEDERAL BLDG. ROOM #217
    228 Walnut Street
    Harrisburg, Pa. #17108

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the Court, Houston v. Lack 101 L Ed. 2d. 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in sealed, postage prepaid envalope.

And deposited same in the United States postel Mail at the United States Penitentiary at Canaan, signed on this 30th day of April, 2005.

    Respectfully Submitted
    *[signature]*
    x John W. Watson
    U.S.P./Canaan
    P.O. Box 300
    Waymart, Pa 18472

THE OFFICE OF THE CLERK OF COURT
U.S. FEDERAL BLDG. (HON. KANE)
228 WALNUT STREET........#17108
Harrisburg, Pa.

RETURN RECEIPT REQUESTED   legal mail

CERTIFIED MAIL

JOHN WILLIAM WATSON
#10075-067
U.S.P./CANAAN
P.O. BOX 300    #18472
WAYMART, Pa.

03-05-05 A08:05 OUT
Date: _____
The enclosed letter was processed through special m
procedures for forwarding to you. The letter has
neither opened nor inspected. If the writer raises a qu
or problem over which this facility has jurisdiction
may wish to return the material for further informati
clarification. If the writer enclosed correspondenc
forwarding to another address, please return the encl
to the above address.

United States Penitentiary, Canaan
Waymart, PA 18472