IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-00-119** |
| | : | |
| | : | **(Judge Kane)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **JOHN WATSON** | : | |

## ORDER

**AND NOW, THIS** 12th day of May, 2005, **IT IS HEREBY ORDERED THAT**

Petitioner's request for an extension of time to file a Certificate of Appealability (Doc. No. 295), is

**GRANTED**. Petitioner shall have sixty (60) days from the date of this Order to file his Certificate of

Appealability.


          s/ Yvette Kane
          Yvette Kane
          United States District Judge