UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN WILLIAM WATSON #10075-067
U.S.P./CANAAN
P.O. BOX 300
WAYMART, PA. 18472

(M.D. Pa. Cr. No.)
00-cr-00119-03

(C.A. No. #)
05-2366

Dated: February 3, 2006

("DUE DILIGENCE")

To the Clerk of the Court:

I am respectfully sending this notice to establish required "due diligence" in my continued effort to challenge to Constitutionality of my 2 prior state narcotic convictions used to enhance my current Federal sentence. It should be noted that the 2 prior offenses that I continue to challenge are the prior Pa. unlawful delivery commited 11-17-88, also, prior New Jersey possession/w/int/to distribute committed 11-21-88. I am properly seeking both state court vacaturs of the aforementioned offenses. I would respectfully submit at this point that the United States Court of Appeals denied my petition Seeking Certificate of Appealability on 12-9-06, therefore, concluding that my issues submitted in previous 28 U.S.C. 2255 were in the Courts opinion without merit. The Supreme Court has required all litigants of whom is in position to realize that he/she has an interest in challenging a prior conviction to show "due diligence" of his/her effort to do so by promptly taken appropriate action to seek relief with the Court of whom imposed the sentence. Please make this notice a permanent part of the court file for future varification.

Thanks in advance for your continued attention and assist

Respectfully

x John W

1

# CERTIFICATE OF SERVICE

I, __JOHN WILLIAM WATSON__, hereby certify that I have served a true and correct copy of the foregoing:

THE CLERK OF THE COURT

228 Walnut Street

Harrisburg, Pennsylvania    17108

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

CLERK OF THE COURT

U.S. DISTRICT CT. FOR THE MIDDLE DISTRICT OF PA.

228 WALNUT STREET.....
HARRISBURG, PA.    17108

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __4th__ day of __Feb. 2006__,

Respectfully Submitted,

x_John W. Watson_

John William Watson

REG. NO. #10075-067

