John W. Watson
_(Petitioner)_

v.

United States of America
_(Respondent(s))_

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, John Wiilliam Watson declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   ☐ Yes   ☒ No

    a. If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.   N/A

    b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.
    N/A

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession, or form of self employment?   ☐ Yes   ☒ No
    b. Rent payment, interest or dividends?   ☐ Yes   ☒ No
    c. Pension, annuities or life insurance payments?   ☐ Yes   ☒ No
    d. Gifts or inheritances?   ☐ Yes   ☒ No
    e. Any other sources?   ☒ Yes   ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. I receive 50.00 a month to live off from prison employment. (none skilled)

3. Do you own any cash, or do you have any money in a checking or saving account? (Include any funds in prison accounts)   $20.40 currently in account.
    If the answer is yes, state the total value of the items owned.
    $20.40

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?   ☐ Yes   ☒ No
    If the answer is yes, state the total value of the items owned.
    N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Cashmer'e Z. Watson (Daughter)/unable to provide for due to current incarceration.

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 9-7-2007
(date)

_Signature of Petitioner_

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ 20.08 on account to his credit at the USP Canaan institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ _____ institution _____

DATED 9/24/07

_Authorized Officer of Institution_

_Title of Officer_

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 9 of 9

A05-0096