IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN WILLIAM WATSON (Pro Se)  \*
    Petitioner
                                \*
                                      CRIMINAL DOCKET NUMBER
VS.                                  \*    100-CR-119-03
                                  \*

UNITED STATES OF AMERICA  \*
    Respondent
                                 \*

\* \* \* \* \* \* \* \* \*

NOTICE OF REQUEST TO ISSUE
CERTIFICATE OF APPEALABILITY

Notice is hereby given that John William Watson, defendant in the above named case, appeals from the order or judgment entered on November 1, 2007.

This appeal follows a denial by the district court of the Petitioner's motion seeking a reduced sentence pursuant to Amendment 506 of the United Staes Sentencing Guidelines and also pursuant to Title 18 § 3582(c)(2).

                                                                 _____
                                                                 John William Watson, Pro Se
                                                                 Reg. No. 10075-067

To: William A. Behe (AUSA)            F.C.I. - Ft. Dix (Low)
     228 Walnut Street                   P.O. Box 2000
     Harrisburg, PA 17102               Fort Dix, NJ 08640